UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**

**JUL 0 8 2008**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

RECOG# NEW 1124
07-MG-3008-01

PABLO DICKSON

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, SEVEN THOUSAND FIVE HUNDRED DOLLARS, ($7,500.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this _11th_ day of JUNE, 2008.

Ordered that the sum of SEVEN THOUSAND FIVE HUNDRED DOLLARS, ($7,500.00), be paid to JOSE A. QUEZADA, 707 NORTH BROAD ST. APT. 1K, ELIZABETH, N.J. 07201.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT